UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
|  | ) | Case No. 10-51510 (ESS) |
| SKY LOFTS, LLC, | ) ) |  |
| Debtor. | ) |  |

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
|  | ) | Case No. 10-50623 (ESS) |
| S&Y ENTERPRISES, LLC, | ) ) |  |
| Debtor. | ) |  |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Brooke Filler, being duly sworn, deposes, and says:

  1. I am not a party to this action, am over eighteen years of age, and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

  2. On August 10, 2011, I caused to be served copies of the following documents on the parties listed on the attached service list:

(a) Declaration of Kelley A. Cornish in Response to Debtors' Replies in Support of Motions Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code to (I) Reject the Executory Contract of CAB Bedford LLC and (II) Fix CAB Bedford LLC's Rejection Damage Claims;

(b) Disclosure Statement for CAB Bedford LLC's Plan of Reorganization of S&Y Enterprises, LLC dated August 10, 2011;

(c)    CAB Bedford LLC's Plan of Reorganization of S&Y Enterprises, LLC dated August 10, 2011;

(d)    Disclosure Statement for CAB Bedford LLC's Plan of Reorganization of Sky Lofts, LLC dated August 10, 2011; and

(e)    CAB Bedford LLC's Plan of Reorganization of Sky Lofts, LLC dated August 10, 2011.

3.    I caused such service to be made by enclosing true copies of the aforementioned documents in properly addressed wrappers and caused them to be sent in the manner shown thereon.

/s/ Brooke Filler
Brooke Filler

Sworn to before me this
11th day of August, 2011

/s/ Maurice Tattnall
Notary Public
State of New York
No. 01TA6018000
Qualified in Kings County
Certificate Filed in New York County
Commission Expires Dec. 21, 2014

# SERVICE LIST

**By Hand Delivery**

Jacqueline Frome, Esq.
Office of the US Trustee
271 Cadman Plaza East, Suite 4529
Brooklyn, NY 11201

John Foudy, Esq.
Rosner Nocera & Ragone LLP
110 Wall Street, 23rd Floor
New York, NY 10025

Law Offices of David Carlebach, Esq.
40 Exchange Place
New York, NY 10005

Gregory H. Chertoff, Esq.
David Fultz, Esq.
Peckar & Abramson PC
41 Madison Avenue, 20th Floor
New York, NY 10010

P. Bradley O'Neill
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Brendan M. Scott, Esq.
Klestadt & Winters LLP
570 Seventh Avenue, 17th Floor
New York, NY 10018

Janice MacAvoy
Fried, Frank, Shriver, Harris & Jacobson
One New York Plaza
New York, NY 10004

Steven Reisman
Timothy Barnes
Nicholas James
Curtis Mallet-Prevost Colt & Mosle
101 Park Avenue
New York, NY 10178

Gregory G. Plotko
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

**By E-Mail & Federal Express**

Joseph C. Savino
Jennifer L. Silvestro
Lazer, Aptheker, Rosella & Yedid, P.C.
225 Old Country Road
Melville, NY 11747
savino@larypc.com
silvestro@larypc.com