**LAW OFFICES OF DAVID CARLEBACH, ESQ.**
40 Exchange Place
New York, New York 10005
(212) 785-3041
----

September 2, 2011

**VIA FACSIMILE AND ECF**

Sheree Jackson, Courtroom Deputy to the
Honorable Elizabeth S. Stong
United States Bankruptcy Court,
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

>   Re: *In re: S & Y Enterprises, LLC*
>   *Chapter 11 Case No. 10-50623-ess*
>
>   *In re: Twin City Lofts, LLC*
>   *Chapter 11 Case No. 10-50625-ess*
>
>   *In re: Sky Lofts, LLC*
>   *Chapter 11 Case No. 10-51510-ess*
>   -------------------------------------------------------
>   *All Matters Scheduled for September 7, 2011*

Dear Ms. Jackson:

  Pursuant to our conversation of today, September 2, 2011, this is to request that all matters currently scheduled for September 7, 2011, in the above referenced cases, be adjourned to the earliest date following September 12, 2011, that is convenient for the court. All parties consent to the adjournment.

  Parenthetically, it seems logical, in any event, to adjourn all the Twin City Lofts, LLC, matters to September 27, 2011, the scheduled confirmation hearing date in that case.

            Very truly yours,

            s/David Carlebach

            David Carlebach

cc: To all interested parties (via email and ECF)