**LAW OFFICES OF DAVID CARLEBACH, ESQ.**
40 Exchange Place
New York, New York 10005
(212) 785-3041
----

September 6, 2011

**VIA ECF**

Sheree Jackson, Courtroom Deputy to the
Honorable Elizabeth S. Stong
United States Bankruptcy Court,
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

        *Re:*   *In re: S & Y Enterprises, LLC*
                *Chapter 11 Case No. 10-50623-ess*

                *In re: Twin City Lofts, LLC*
                *Chapter 11 Case No. 10-50625-ess*

                *In re: Sky Lofts, LLC*
                *Chapter 11 Case No. 10-51510-ess*
                -------------------------------------------------------
                *All Matters Scheduled for September 7, 2011*

                *Original Hearing Date: September 7, 2011*

                *Adjourned Hearing Date: September 27, 2011 at 11:00 a.m.*

Dear Ms. Jackson:

      Pursuant to your conversation of today, September 6, 2011, with my office, this will confirm that all matters currently scheduled for September 7, 2011, in the above referenced cases, are adjourned to September 27, 2011, at 11:00 a.m.  All of the adjourned matters are set for a conference on that date, and future hearing dates, if necessary, will be set at that time.

                                                Very truly yours,

                                                <u>s/David Carlebach</u>

                                                David Carlebach

cc: To all interested parties (via email and ECF)